**Order entered January 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00888-CR

**STEVEN KEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-57651-Q**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the October 4, 2018 motion of Robert T. Baskett for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Robert T. Baskett as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Steven Kee, TDCJ No. 00700876, LeBlanc Unit, 3695 FM 3514, Beaumont, Texas, 77705.

/s/     CORY L. CARLYLE
        JUSTICE